IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| AUTOMATED SOLUTIONS CORPORATION, | : CASE NO. 1:05 CV 1510 |
| Plaintiff | : |
| -vs- | : ORDER GRANTING MOTION TO |
| | : WITHDRAW COUNTERCLAIMS AND |
| PARAGON DATA SYSTEMS, INC., | : DECLARING MOTION FOR DISMISSAL |
| | : MOOT |
| Defendant | : [ECF ##172 AND #174] |

UNITED STATES DISTRICT JUDGE LESLEY WELLS

On 19 July 2007 defendant Paragon Data Systems, Inc. ("Paragon") filed an Answer to Plaintiff's First Amended Complaint and Counterclaim. (ECF #170). On 1 August 2007 plaintiff Automated Solutions Corporation ("Automated") filed a Motion for Dismissal of Defendant's Counterclaims [Docket #170]. (ECF #172). On 17 August 2007 Paragon filed a Notice of Withdrawal of Counterclaim filed in Error as Part of Amended Answer. (ECF #174). The Court will treat Paragon's filing ECF #174 as a Motion for Leave to File Withdrawal and will grant the motion. The withdrawal of Paragon's counterclaims filed as ECF #170 renders moot Automated's motion for dismissal filed as ECF #172.

IT IS SO ORDERED.

/s/Lesley Wells
UNITED STATES DISTRICT JUDGE

Dated: 30 April 2008