IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

------------------------------------------------------- :
AUTOMATED SOLUTIONS : CASE NO. 1:05 CV 1519
CORPORATION :
 :
                    Plaintiff :
 :
        -vs- :
 :
PARAGON DATA SYSTEMS, INC., : ORDER PARTIALLY LIFTING STAY
 : AND ESTABLISHING BRIEFING
                  Defendant : SCHEDULE
-------------------------------------------------------

UNITED STATES DISTRICT JUDGE LESLEY WELLS

      On 1 April 2008 this Court entered an order staying briefing. (ECF # 192). The Court now lifts the stay <u>only</u> as to the briefing identified and scheduled in this order.

      On 4 March 2008 plaintiff Automated Solutions Corporation ("Automated") filed a Motion for Summary Judgment on Paragon Data Systems, Inc.'s Amended Counterclaim. (ECF #189). On 28 March 2006, 24 days after the filing of the summary judgment motion, and 21 days after service, defendant Paragon Data Systems, Inc. ("Paragon"), filed various motions, including a Motion to Strike Plaintiff's Motion for Summary Judgment or, in the alternative, Motion to Stay (ECF #190) and Motion for Extension of Time to Oppose Plaintiff's Motion for Summary Judgment (ECF #191). The Court lifts the stay entered 1 April 2008 to allow for the following briefing:

     (1) Paragon shall file any opposition to Automated's Motion for Summary Judgment filed as ECF #189 on or before May 20, 2008. No extensions of this filing date will be granted.

(2) Automated shall file any reply to Paragon's opposition on or before June 6, 2008.  No extensions of this filing date will be granted.

IT IS SO ORDERED.

/s/Lesley Wells<br>UNITED STATES DISTRICT JUDGE

Dated: 30 April 2008