FILED

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

2009 NOV 10 AM 11: 40

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | | |
|---|---|---|
| Automated Solutions Corporation, | : | Case No. 1:05CV1519 |
| | : | |
| Plaintiff | : | Judge Lesley Wells |
| | : | |
| v. | : | Magistrate Judge David S. Perelman |
| | : | |
| Paragon Data Systems, Inc., | : | **MEMORANDUM OPINION** |
| | : | **AND ORDER** |
| Defendant | : | |

On October 30, 2009 this Court conducted an extended mediation, in the course of which matters were disclosed to this Court and statements were made by this Court to the parties and their counsel, and to Mr. James Koehler who voluntarily attended, which all concerned agreed would make it inappropriate for this Court to further participate in the case if it was not resolved as a consequence of the mediation.

The session concluded with the parties taking under advisement a settlement proposal, to report back to this Court no later than November 6th. On that date this Court was informed that the action had not been resolved.

Therefore, consistent with the understanding reached at the mediation, this Court will recuse himself from further participation in the action, and request that District Judge Wells assign another Magistrate Judge to the case.[1]

**IT IS SO ORDERED.**

DAVID S. PERELMAN
United States Magistrate Judge

DATE: November 10, 2009

---

[1] All materials provided to this Court upon the referral by Judge Wells or by counsel thereafter are transmitted to Judge Wells upon entry hereof.